# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: March 12, 2013
Court Reporter:   Terri Lindblom
Probation Officer: Michelle Means

Criminal Action No. 12-cr-00022-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Kasandra Carleton
                                           Zachary Phillips

           Plaintiff,

v.

HUMBERTO VILLALOBOS,                       Michael Sheehan

           Defendant.

_____

## SENTENCING MINUTES
_____

**2:37 p.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 21, 2012  Defendant pled guilty to Count 1 of the Information.  The Court deferred acceptance of defendant's plea until Sentencing.**

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Information**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Proffer provided by Mr. Sheehan.

The Government **does** request departure **(Doc. #160)**.  Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility (**Doc. #156**) is **GRANTED.**

**ORDER:** Government's Motion for Downward Departure (**Doc. #160) is GRANTED.**

**ORDER:** The Government's Motion to Dismiss Counts (**Doc. #157**) is **GRANTED**.

**ORDER: THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD. The Sentence is time served.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.  **Time served.**

**3:22 p.m.** **Court in recess.**

Total Time:    45 minutes.
Hearing concluded.